# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DONALD R. SINGLETON,**

    Plaintiff,

                      **CASE NO.    3:10-cv-392**

**-vs-**

                        **District Judge Timothy S. Black**
                        **Magistrate Judge Michael J. Newman**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate is **ADOPTED** in its entirety; the ALJ's non-disability finding is **AFFIRMED**; and that the case be **CLOSED**.

Date:   December 6, 2011                        **JAMES BONINI, CLERK**

                                                               By: s/ M. Rogers
                                                               Deputy Clerk